# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-069-KDB-DCK

| | |
|---|---|
| **BARRY ROWLAND and DONNA ROWLAND,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **GLOBAL FINANCIAL PRIVATE CAPITAL, LLC, GF INVESTMENT SERVICES, LLC, MINNESOTA LIFE INSURANCE COMPANY, SANDY MORRIS FINANCIAL & ESTATE PLANNING SERVICES, LLC, and SANDEVA O'BRYAN MORRIS,** ) ) ) ) ) ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Pro Hac Vice Admission Of Peter B. King" (Document No. 14) filed by Andrew L. Fitzgerald on July 17, 2019. Peter B. King seeks to appear as counsel *pro hac vice* for Defendant Global Financial Private Capital, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

Counsel is respectfully advised that future motions for pro hac vice admission should utilize the form prescribed by the Court. <u>See</u> Local Rule 83.1(c) and www.ncwd.uscourts.gov/local-forms/civil-forms.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Pro Hac Vice Admission Of Peter B. King" (Document No. 14) is **GRANTED**. Peter B. King is hereby admitted *pro hac vice* to represent Defendant Global Financial Private Capital, LLC.

**SO ORDERED**.

Signed: July 18, 2019

David C. Keesler
United States Magistrate Judge