IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-00069-KDB-DCK

| | |
|---|---|
| DONNA ROWLAND AND BARRY ROWLAND, **Plaintiffs**, v. MINNESOTA LIFE INSURANCE COMPANY; GLOBAL FINANCIAL PRIVATE CAPITAL, LLC; SANDY MORRIS FINANCIAL & ESTATE PLANNING SERVICES, LLC; GF INVESTMENT SERVICES, LLC; AND SANDEVA O'BRYAN MORRIS, **Defendants**. | **ORDER** |

**THIS MATTER** is before the Court on Defendants Sandy Morris Financial & Estate Planning Services, LLC and Sandeva O'Bryan Morris' (the "Morris Defendants") Motion to Stay (Doc. No. 56). The Court has carefully considered this motion and the parties' briefs and exhibits. While the Court believes that the basis for the Morris Defendants' appeal could be considered frivolous[1] and the Court is reluctant to halt the progress of this action towards a timely resolution

---

[1] The Morris Defendants' argument on appeal rests on the remarkable assertion that a sequentially numbered page (page 15), which is plainly marked "Asset Management Agreement (Version 7/21/17)" like every other page of the Asset Management Agreement, and contains material information on "Risk Tolerance" and "Investment Objective" which the parties agreed would govern how the Plaintiffs' account would be managed, (*see* Doc. No. 36-6 at p.1), is nevertheless not "incorporated into" the Asset Management Agreement. (*See* Doc. No. 43 at ¶ 14).

1

on the merits, Plaintiffs have withdrawn their objection to the requested stay; therefore, the Court will **GRANT** the motion.

**NOW THEREFORE IT IS ORDERED THAT:**

1. The Morris Defendants' Motion to Stay (Doc. No. 56) **GRANTED; and**

2. This matter is stayed pending the Morris Defendants' appeal of the Court's Order denying their Motion to Stay and Compel Arbitration (Doc. Nos. 52, 55).

**SO ORDERED ADJUDGED AND DECREED**.

Signed: February 27, 2020

Kenneth D. Bell
United States District Judge