UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-69-KDB-DCK

| | |
|---|---|
| BARRY ROWLAND and DONNA ROWLAND,<br><br>                Plaintiffs,<br><br>v.<br><br>GLOBAL FINANCIAL PRIVATE CAPITAL, LLC, GF INVESTMENT SERVICES, LLC, MINNESOTA LIFE INSURANCE COMPANY, SANDY MORRIS FINANCIAL & ESTATE PLANNING SERVICES, LLC and SANDEVA O'BRYAN MORRIS,<br><br>                Defendants. | **ORDER LIFTING STAY** |

Upon consideration of the Consent Motion to Lift or Dissolve Stay ("Consent Motion"), Doc. No. 65, and it appearing to the Court that granting the relief would be just and proper, it is

ORDERED that the Consent Motion is GRANTED, that the stay of this case is hereby lifted, and that the parties resume litigation in this matter by holding a Fed. R. Civ. P. 26(f) conference within 14 days of the date of this Order.

        SO ORDERED

Signed: June 2, 2021

*[Signature]*

Kenneth D. Bell
United States District Judge